The Honorable Richard A. Jones
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON O. ANDERSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF EVERETT,<br><br>　　　　　　　　　Defendant. | No. 2:21-cv-00042-RAJ-MLP<br><br>STIPULATED MOTION AND ORDER AMENDING COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>July 12, 2021 |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Jason Anderson and defendant the City of Everett, that Plaintiff may amend his complaint to strike ¶ 5.3 and its reference to punitive damages from his First Amended Complaint. Pursuant to Local Rules W.D. Wash. Civil Rule 15, a copy of Plaintiff's proposed Seconded Amended Complaint is attached to this motion as Exhibit 1 and a redlined version comparing the proposed Second Amended Complaint with the First Amended Complaint is attached as Exhibit 2. ¶

| SUMMIT LAW GROUP, PLLC | SCHROETER GOLDMARK & BENDER |
|---|---|
| *s/ Michael C. Bolasina* | *s/ Jamal N. Whitehead* |
| Michael C. Bolasina, WSBA #19324<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104 | Jamal N. Whitehead, WSBA #39818<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104 |

STIP. MOT. & ORDER AMENDING COMPL.
(21-cv-00042) – 1

SCHROETER GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | |
|---|---|
| Tel: (206) 676-7000<br>Fax: (206) 676-7001<br>mikeb@summitlaw.com | Tel: (206) 622-8000<br>Fax: (206) 682-2305<br>whitehead@sgb-law.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

STIP. MOT. & ORDER AMENDING COMPL.
(21-cv-00042) – 2

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

**ORDER**

IT IS SO ORDERED:

DATED this 13th day of July, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Jointly Presented by:

SCHROETER GOLDMARK & BENDER

_s/ Jamal Whitehead_____
Jamal Whitehead, WSBA #39818
*Attorneys for Plaintiff*

SUMMIT LAW GROUP, PLLC

_s/ Michael C. Bolasina_____
Michael C. Bolasina, WSBA #19324
*Attorneys for Defendant*

STIP. MOT. & ORDER AMENDING COMPL.
(21-cv-00042) – 3

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel For:* Defendant
Michael C. Bolasina, WSBA #19324
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Tel: (206) 676-7000
Fax: (206) 676-7001
mikeb@summitlaw.com

DATED: July 12, 2021, at Seattle, Washington.

*s/ Robin Keller*
Robin Keller, Legal Assistant
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: keller@sgb-law.com

– 4
(Case No. 2:19-cv-00514-RAJ)

SCHROETER GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305