The Honorable Richard L. Jones
The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JASON O. ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF EVERETT,<br><br>    Defendant. | CASE NO. 2:21-CV-00042-MLP RLJ<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

## **STIPULATION**

The parties have fully resolved all claims and therefore, by their undersigned counsel of record, stipulate that the claims asserted by Plaintiff in the above action against all above-named Defendants, may and should be dismissed, without costs and/or attorney's fees to any party.

_____
Jamal N. Whitehead, WSBA # 39818
SCHROETER GOLDMARK & BENDER
Attorney for Plaintiff

Dated: February 18, 2022

_____
Michael C. Bolasina, WSBA #19324
Summit Law Group
Attorney for Defendants

Dated: February 17, 2022

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS - 1
CASE NO. **2**:21-CV-00042-MLP RLJ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

## **ORDER**

THIS MATTER having come before the Court upon the stipulation of the parties for entry of a dismissal order, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice and without costs and/or attorney's fees to any party.

DONE this _____ day of February, 2022.

_____
The Honorable Richard L. Jones
The Honorable Michelle L. Peterson

Presented by:

SUMMIT LAW GROUP

*[signature]*

_____
Michael C. Bolasina, WSBA No. 19324
Summit Law Group
315 5th Ave. S, Ste. 1000
Seattle, WA 98104
*Attorney for Defendants*

Agreed as to form, notice of presentation waived by:

SCHROETER GOLDMARK & BENDER

_____
Jamal N. Whitehead, WSBA #39818
810 Third Avenue, Suite 500
Seattle, WA 98104
*Attorney for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS - 2
CASE NO. 2:21-CV-00042-MLP RLJ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001